# Order

Michigan Supreme Court
Lansing, Michigan

January 5, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131041(65)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellant/
       Cross-Appellee,

v

COREY RAMONE FRAZIER,
       Defendant-Appellee/
       Cross-Appellant.

_____

SC: 131041
COA: 256986
Genesee CC: 95-052613-FC

On order of the Chief Justice, the motion by defendant-appellee for oral argument is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2007

_____
Clerk